E-filing

United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA         )
                                 )
            vs.                  )   Docket Number: CR 06-00416-01 MJJ
                                 )
SALINDIN AMIN JOHNSON            )
                                 )
                                 )

ORDER AUTHORIZING THE PROBATION OFFICE TO DISPOSE OF SEIZED PROPERTY

ON MOTION OF THE PROBATION OFFICE, THE COURT AUTHORIZES THE PROBATION OFFICE TO DISPOSE OF ALL PROPERTY SEIZED ON JANUARY 22, 2007 THAT IS CURRENTLY IN ITS CUSTODY.

Date: 5/16/2007

Martin J. Jenkins
United States District Judge